# United States District Court
## Violation Notice

CVB Location Code: A107

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 8058629 | HIGHTOWER | 1477 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 08/31/19, 11:26 | 36 CFR 1.6(g)(1) |

Place of Offense
South Entrance Station - Grand Canyon

Offense Description: Factual Basis for Charge          HAZMAT

Engaging in an activity without a permit

### DEFENDANT INFORMATION     Phone: (

| Last Name | First Name | M.I. |
|---|---|---|
| JEONG | HYEONJEONG | / |

Street Address

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Henderson | NV | 89052 | /1974 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No |
|---|---|---|---|
| | | NV | |

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female   Hair BLK   Eyes BRN   Height 5'3"   Weight 120

### VEHICLE     VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | NV | 19 | Chevy Express | | Green |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

Arrest

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| Jennifer Van Dragt   928-556-5011 | TBD |
| | Time (hh:mm)  TBD |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy

19-04241MJ-001-PCT-CDB
8058629

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on August 31, 2019 while exercising my duties as a law
enforcement officer in the          District of Arizona

On August 31, 2019, at approximately 10:21 hours, I received a
report from the Grand Canyon National Park South Entrance
Station that a van was suspected of operating a tour group
without a valid commercial use authorization (CUA) permit.

I arrived at the South Entrance Station and saw a green Chevy
Express van (no license plate) with a Korean female driver who
spoke very little English. There were nine other South Korean
citizens in the vehicle. None of them said they spoke English.

I spoke a National Park Service visitor use authorization (VUA)
ranger, Martina Woodford. Woodford said she and other VUA
rangers have seen the female driver with the same van come
through the entrance station multiple times throughout the past
month with multiple passengers. She tells the employees she is
with family. Without asking the driver, the driver told Woodford
that the people she was traveling with were family members.

Woodford handed me a National Park annual pass which had
the signatures on the back removed. There was scotch tape over
the second signature line with the female driver's signature on
top.

I identified the driver as Hyeonjeong JEONG by her Nevada
driver's license (NV #          She did not have any
documents for a CUA permit (which is required by the permit).
She handed me a Findlay Chevrolet dealer purchase order
which had a company listed on it as Las Vegas Travel Leaders
LLC.

Officer M. Pakes and M. Leon arrived to assist. I called the
phone number on the dealer purchase order for Las Vegas
Travel Leaders LLC. It went straight to vice mail without an
answering message. Officer Leon searched for the phone
number on the internet. It was listed as the phone number for an
escort company out of Nevada.

Grand Canyon Regional Communication Center (dispatch)
reported to me that JEONG had an Interpol arrest warrant for
fraud.

I placed JEONG under arrest for 36 CFR 1.6 (g)(1): Engaging in
an activity without a permit.

Once JEONG was in custody, the Korean passengers began
talking to Officer Pakes in English. They said to him that JEONG
told them to tell us that they were family members.

Body camera videos are available.
The National Park annual pass was placed into evidence. The
vehicle was inventoried, secured, and placed into Grand Canyon
Impound Lot.

Area Location: A107
Case # NP19145228
Violation Notice # 8058629

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set
forth above and on the face of this violation notice is true and correct to
the best of my knowledge.

Executed on: _08/31/2019_
             Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _08/31/2019_   _Camille D Bibles_
             Date (mm/dd/yyyy)          U.S. Magistrate Judge